AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

| United States of America | ) | Case: 1:23−mj−00079 |
|---|---|---|
| v. | ) | Assigned To : Upadhyaya, Moxila A. |
| Nathan Donald Pelham | ) | Assign. Date : 4/11/2023 |
| DOB: XXXXXX | ) | Description: Complaint W/ Arrest Warrant |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____

in the District of ____ Columbia ____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds, | |
| 18 U.S.C. § l 752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, | |
| 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and | |
| 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ____ 4/11/2023 ____

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____   Moxila A. Upadhyaya, U.S. Magistrate Judge

*Printed name and title*