AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00079 |
| Nathan Donald Pelham | ) Assigned To : Upadhyaya, Moxila A. |
| | ) Assign. Date : 4/11/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Nathan Donald Pelham,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   04/11/2023

Moxila A. Upadhyaya
Digitally signed by Moxila A. Upadhyaya
Date: 2023.04.11 17:20:57 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.          Moxila A. Upadhyaya, U.S. Magistrate Judge
                                            *Printed name and title*

### Return

This warrant was received on *(date)* 04/11/2023, and the person was arrested on *(date)* 04/14/23
at *(city and state)* Frisco, Texas.

Date: 04/19/23

Jeffrey Cotner
*Arresting officer's signature*

Jeffrey Cotner - Special Agent
*Printed name and title*

FBI-OW                                                                                                11541786